CITY OF NEWARK v.
ESSEX COUNTY BOARD OF TAXATION.

October 2, 1973. Petition for certification denied.

CITY OF NEWARK v.
ESSEX COUNTY BOARD OF TAXATION.

October 2, 1973. Petition for certification denied. (See 124 *N. J. Super.* 76)

LOUIS CERASI v. COOPERSON BROTHERS, INC.

October 2, 1973. Petition for certification denied.

RICHARD G. SKRIBNER v.
SALVATORE BENANTI AND ROSE BENANTI.

October 2, 1973. Petition for certification denied.

DUNKIN DONUTS, INC. v. BENJAMIN COOPER AND TALCO CAPITAL CORP. v. DUNKIN DONUTS, INC.

October 2, 1973. Petition for certification denied.

PETLIN ASSOCIATES, INC. v. TOWNSHIP OF DOVER.

October 2, 1973. Petition for certification granted.